# WILSON & THOREEN v. N. F. W. HENNINGSEN.[1]

October 16, 1914.

Nos. 18,877—(124).

**Appeal dismissed.**

Appeal from a judgment was dismissed, where there was no settled case or bill of exceptions, no assignments of error, and appellant sought to have reviewed claimed defects in the evidence and errors in the charge to the jury. [Reporter.]

From a judgment for $47 entered in favor of plaintiff in the district court for Washington county, defendant appealed. Dismissed.

*N. F. W. Henningsen,* pro se.

*Wilson & Thoreen,* for respondents.

[1] Reported in 148 N. W. 1081.

PER CURIAM.

The defendant appeals from a judgment. The so-called paper book does not contain the judgment, but the original judgment roll is in the return to this court. An inspection thereof reveals no error. In the litigation defendant has been his own attorney. Because of his apparent inexperience in legal procedure, we have examined the documents in the return and the files herein with a view to discover his grievances (there being no assignments of error), and we find these relate to claimed defects in the evidence and errors in the charge of the court. There is no settled case or bill of exceptions. We are therefore not in a position to consider any matter which the appellant intended to raise by his appeal, and it should be dismissed. So ordered.